5-23-cv-692

Case # 202305080004

| THE STATE OF TEXAS | IN THE JUSTICE COURT |
| VS. | PRECINCT 1 Plc 1 |
| RAUL SALAZAR | DIMMIT COUNTY, TEXAS |



### THE STATE OF TEXAS - Criminal Summons

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to summon:
 Name: RAUL SALAZAR
 Address: 401 NTH 5TH STREET
 CARRIZO SPRINGS, TX 78834

to appear in person before me, a Justice of the Peace in and for Precinct 1 Plc 1 of DIMMIT County, Texas, at my office at 103 NORTH 5TH ST CARRIZO SPRINGS, TX 78834, in said DIMMIT county, on 05/30/2023 at 10:00 am then and there to answer **the State of Texas** for an offense against the laws of said state, to wit: PEACE BOND HEARING, of which offense RAUL SALAZAR is accused by the written complaint, under oath, of ALICIA SANCHEZ, filed before me.

**Failure to appear** before this court in answer to this **summons** will cause the court to immediately issue a **warrant** for the **arrest** of the said accused.

ISSUED THIS THE 8th of May, 2023.



JUSTICE OF THE PEACE, PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS

### OFFICER'S RETURN

Came to hand on the __9th__ day of __May__, 20__23__, at __4:00__ o'clock __P__.m., and executed within said County of __Dimmit__ on the __9th__ day of __May__, 20__23__, at __11:34__ o'clock __P__.m., by delivering to the within named __Raul Salazar__ at __401 N 5th Street__ __(Post Office)__ __Carrizo Springs TX, 78834__
In person, a true copy of this SUMMONS.

I actually and necessarily traveled ____ miles in serving and executing this summons, in addition fees are:

FEES:  $_____ Mileage
       $_____ Other
       $_____ TOTAL FEES

_____          _____
Officer/ Sheriff/ Constable           Officer Name

                                      _____
                                      County, Precinct Number

CGSUMm 032015



1 9 2 2 1 0

Exhibit 1 Page 1 of 12

FORM 14    Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: May 30, 2023
at 10 : 00 am/~~pm~~

THE STATE OF TEXAS

DIMMIT COUNTY, TEXAS

CASE NO. 202305080004

I, __Antonio Betancourt__ (Complainant's Name) do solemnly swear that I have good reason to believe, and do believe, that __Raul Salazar__ (Defendant) has threatened to commit and is about to commit, in DIMMIT County, Texas, an assault upon me or damage to my property and to intentionally and knowingly cause bodily injury to me or to damage my property.

I, here and now agree to appear in court as a witness, for the prosecution, on the date and hour schedule when and if this case is set for a hearing. In the event I decide, at a later date, to request the court to dismiss the case, I shall personally appear at the office of the proper court and make a written request for such dismissal.

_Antonio Betancourt_
Complainant's Name

SWORN TO AND SUBSCRIBED before me, this 8th day of May, 2023.

Yvette M Nesmith
My Commission Expires
8/6/2026
Notary ID 129911354

_Yvette Nesmith_
Notary Public for/in State of Texas

FILED
2023 May 8 AM 9:45
SONIA GUERRERO-PEREZ
JUSTICE OF THE PEACE
PRECINCT 1
DIMMIT COUNTY, TX

ALICIA SANCHEZ
CLERK

Exhibit 1 Page 2 of 12

FORM 14    Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/2023 at 10:00 am

Plaintiff: Antonio Betancourt
Address: [redacted]
City/State/Zip: Eagle Pass, TX.
Phone: [redacted] 564
DL# / ID#: [redacted] 932
D.O.B.: [redacted] 76

Defendant: Raul Salazar
Address: [redacted]
City/State/Zip: Del Rio TX / Eagle Pass TX
Phone: [redacted] 667
Place of Employment: United States Postal Service
DL# / ID#:

**Additional Information:**

1. How did the person abuse you or offend you? Attempted to coerce me into an incident that would end my employment.
2. When did this happen? 3/15/23
3. Where did this happen? Private residence/public place? Carrizo Springs Post Office
4. Did you provoke this incident? ☐ YES ☑ NO
   If YES, explain:
5. Is there any relationship between you and the other party? ☐ YES ☐ NO
   If YES, explain: He's Postmaster of the Carrizo Springs Office

Describe in detail the reason for your request for a peace bond order? Please see attached statements and police report

Exhibit 1 Page 3 of 12

Case # 202305080005

**THE STATE OF TEXAS**
**VS.**
**RAUL SALAZAR**

IN THE JUSTICE COURT
PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS



### THE STATE OF TEXAS - Criminal Summons

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to summon:
Name: RAUL SALAZAR
Address: 401 NTH 5TH STREET
CARRIZO SPRINGS, TX 78834

to appear in person before me, a Justice of the Peace in and for Precinct 1 Plc 1 of DIMMIT County, Texas, at my office at 103 NORTH 5TH ST CARRIZO SPRINGS, TX 78834, in said DIMMIT county, on 05/30/2023 at 10:00 am then and there to answer **the State of Texas** for an offense against the laws of said state, to wit: PEACE BOND HEARING, of which offense RAUL SALAZAR is accused by the written complaint, under oath, of ALICIA SANCHEZ, filed before me.

**Failure to appear** before this court in answer to this **summons** will cause the court to immediately issue a **warrant** for the **arrest** of the said accused.

ISSUED THIS THE 8th of May, 2023.



JUSTICE OF THE PEACE, PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS

### OFFICER'S RETURN

Came to hand on the 8th day of May, 2023, at 4:10 o'clock p.m., and executed within said County of Dimmit, 2023, at 11:34 o'clock a.m., by delivering to the within named Raul Salazar (Post Office) at 401 N 5th Street Carrizo Springs TX, 78834

In person, a true copy of this SUMMONS.

I actually and necessarily traveled ____ miles in serving and executing this summons, in addition fees are:

FEES: $_____ Mileage
$_____ Other
$_____ TOTAL FEES

_____
Officer/ Sheriff/ Constable

_____
Officer Name

_____
County, Precinct Number

CGSUMm 032015


1 9 2 2 0 9

Exhibit 1 Page 4 of 12

FORM 14  Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/2023 at 10:00 am/pm

THE STATE OF TEXAS
DIMMIT COUNTY, TEXAS

CASE NO. 202315080005

I, __Cynthia Chapa__ (Complainant's Name), do solemnly swear that I have good reason to believe, and do believe, that __Raul Salazar__ (Defendant) has threatened to commit and is about to commit, in DIMMIT County, Texas, an assault upon me or damage to my property and to intentionally and knowingly cause bodily injury to me or to damage my property.

I, here and now agree to appear in court as a witness, for the prosecution, on the date and hour schedule when and if this case is set for a hearing. In the event I decide, at a later date, to request the court to dismiss the case, I shall personally appear at the office of the proper court and make a written request for such dismissal.

_Cynthia Chapa_
Complainant's Name

SWORN TO AND SUBSCRIBED before me, this 8th day of May, 2023.

[Notary seal: Yvette M Nesmith, My Commission Expires 8/6/2026, Notary ID 129911354]

_Yvette Nesmith_
Notary Public for/in State of Texas

FILED
2023 May 8 AM 10:13
SONIA GUERRERO-PEREZ
JUSTICE OF THE PEACE
PRECINCT 1
DIMMIT COUNTY, TX

_Alicia Sanchez_
ALICIA SANCHEZ
CLERK

Exhibit 1 Page 5 of 12

FORM 14   Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/2023 at 10 : 00 am/pm

Plaintiff: Cynderia Chapa
Address: [redacted]
City/State/Zip: [redacted] Asherton, TX
Phone: [redacted] 282[redacted]
D.O.B.: [redacted] 71
DL# / ID#:

Defendant: Raul Salazar
Address: [redacted]
City/State/Zip: Eagle Pass TX [redacted]
Phone: [redacted]
Place of Employment: U.S.P.S [redacted] EP, TX [redacted]
D.O.B.: / /
DL# / ID#:

**Additional Information:**

1. How did the person abuse you or offend you? harrasing & retaliating at the work place.

2. When did this happen? Beginns February 24th, 2023 and it's still going on as of now.

3. Where did this happen? Private residence/public place? 401 N. 5th Street Carrizo Springs, TX 78834

4. Did you provoke this incident? ☐ YES ☒ NO
   If YES, explain: N/A

5. Is there any relationship between you and the other party? ☐ YES ☒ NO
   If YES, explain: N/A

Describe in detail the reason for your request for a peace bond order?
I feel that with him been around me I feel like he is going to harrass me and provoke me. My stress level has been so high Due to wondering what else is he going to do to me where it's going to effect me in the work place. at this time he is in Eagle Pass But I do fear him coming back, also since I live byself I fear that he can show up at

Exhibit 1 Page 6 of 12

Case # 202305080006

**THE STATE OF TEXAS**
**VS.**
**RAUL SALAZAR**

IN THE JUSTICE COURT
PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS



### THE STATE OF TEXAS - Criminal Summons

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to summon:
- Name: RAUL SALAZAR
- Address: 401 NTH 5TH STREET
  CARRIZO SPRINGS, TX 78834

to appear in person before me, a Justice of the Peace in and for Precinct 1 Plc 1 of DIMMIT County, Texas, at my office at 103 NORTH 5TH ST CARRIZO SPRINGS, TX 78834, in said DIMMIT county, on 05/30/2023 at 10:00 am then and there to answer **the State of Texas** for an offense against the laws of said state, to wit: PEACE BOND HEARING, of which offense RAUL SALAZAR is accused by the written complaint, under oath, of ALICIA SANCHEZ, filed before me.

**Failure to appear** before this court in answer to this **summons** will cause the court to immediately issue a **warrant** for the **arrest** of the said accused.

ISSUED THIS THE 8th of May, 2023.



JUSTICE OF THE PEACE, PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS

### OFFICER'S RETURN

Came to hand on the _9th_ day of _May_, 20_23_, at _4:00_ o'clock _P_.m., and executed within said County of _Dimmit_ on the _9th_ day of _May_, 20_23_, at _4:30_ o'clock _P_.m., by delivering to the within named _Raul Salazar_ at _401 N 5th Street_ (Post Office) _Carrizo Springs TX, 78834_

In person, a true copy of this SUMMONS.

I actually and necessarily traveled ____ miles in serving and executing this summons, in addition fees are:

FEES:  $_____ Mileage
       $_____ Other
       $_____ TOTAL FEES

_____
Officer/ Sheriff/ Constable

_____
Officer Name

_____
County, Precinct Number

CGSUMm 032015



Exhibit 1 Page 7 of 12

FORM 14    Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/2023
at 10:00 am/pm

THE STATE OF TEXAS
DIMMIT COUNTY, TEXAS

CASE NO. 2023 05080006

I, Gabriela DB Ramirez (Complainant's Name) do solemnly swear that I have good reason to believe, and do believe, that Raul Salazar (Defendant) has threatened to commit and is about to commit, in DIMMIT County, Texas, an assault upon me or damage to my property and to intentionally and knowingly cause bodily injury to me or to damage my property.

I, here and now agree to appear in court as a witness, for the prosecution, on the date and hour schedule when and if this case is set for a hearing. In the event I decide, at a later date, to request the court to dismiss the case, I shall personally appear at the office of the proper court and make a written request for such dismissal.

Gabriela DB Ramirez
Complainant's Name

SWORN TO AND SUBSCRIBED before me, this 8th day of May, 2023



Yvette M Nesmith
My Commission Expires
8/6/2026
Notary ID 129911354

Notary Public for/in State of Texas

FILED
2023 May 8 AM 10:44
SONIA GUERRERO-PEREZ
JUSTICE OF THE PEACE
PRECINCT 1
DIMMIT COUNTY, TX

ALICIA SANCHEZ
CLERK

Exhibit 1 Page 8 of 12

**FORM 14**   Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/2023 at 10:00 am/pm

Plaintiff: Gabriela DB Ramirez
Address: [redacted]
D.O.B.: [redacted] /71
City/State/Zip: Eagle Pass, Texas
Phone: [redacted] 812
DL# / ID#: [redacted] 150

Defendant: Raul Salazar
Address: [redacted]
D.O.B.: / /
City/State/Zip: Eagle Pass, TX
Phone: [redacted] 667
Place of Employment: U.S. PS. [redacted] EP TR
DL# / ID#:

**Additional Information:**

1. How did the person abuse you or offend you? Mr. Salazar has been retaliatory & harrassing in the work, beginning upon my return from workers comp
2. When did this happen? Beginning Feb 2023. Now he has sent a co-worker in his place to do the harrassing.
3. Where did this happen? Private residence/public place? This happened at 401 N 5th St, C.S. 78834. The local post office
4. Did you provoke this incident? ☐ YES ☑ NO
   If YES, explain: ____
5. Is there any relationship between you and the other party? ☐ YES ☑ NO
   If YES, explain: other than supervisory, no

Describe in detail the reason for your request for a peace bond order?
I am fearful that, because we set complaints within our company's office & thru our union. However nothing has been done. Except this supervisor (defendant) knows every complaint and has begun to retaliate & harrass. I'm fearful that he may get so angry & with all of the mass shootings, he may want to come & harm me. I dread coming to work, say goodbye to my family fearing I may return one day. My nervas are wrecked. Mr. Salazar, being in our office, may make him want to keep goading me, until I snap. I'm not easily provoked.

Exhibit 1 Page 9 of 12

Case # 202305080020

**THE STATE OF TEXAS**
**VS.**
**RAUL SALAZAR**

IN THE JUSTICE COURT
PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS

FOR SERVICE COPY

### THE STATE OF TEXAS - Criminal Summons

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to summon:
Name: RAUL SALAZAR
Address: 401 NTH 5TH STREET
CARRIZO SPRINGS, TX 78834

to appear in person before me, a Justice of the Peace in and for Precinct 1 Plc 1 of DIMMIT County, Texas, at my office at 103 NORTH 5TH ST CARRIZO SPRINGS, TX 78834, in said DIMMIT county, on 05/30/2023 at 10:00 am then and there to answer **the State of Texas** for an offense against the laws of said state, to wit: PEACE BOND HEARING, of which offense RAUL SALAZAR is accused by the written complaint, under oath, of ALICIA SANCHEZ, filed before me.

**Failure to appear** before this court in answer to this **summons** will cause the court to immediately issue a **warrant** for the **arrest** of the said accused.

ISSUED THIS THE 8th of May, 2023.



*(signature)*

JUSTICE OF THE PEACE, PRECINCT 1 Plc 1
DIMMIT COUNTY, TEXAS

### OFFICER'S RETURN

Came to hand on the ___9th___ day of ___May___, 20_23_, at _4:00_ o'clock _P_.m., and executed within said County of ___Dimmit___ on the _9th_ day of ___May___, 20_23_, at _11:24_ o'clock _A_.m., by delivering to the within named ___Raul Salazar___ (Post Office) at _401 N 5th Street Carrizo Spring, TX, 78834_
In person, a true copy of this SUMMONS.

I actually and necessarily traveled ____ miles in serving and executing this summons, in addition fees are:

FEES:  $_____ Mileage
       $_____ Other
       $_____ TOTAL FEES

_____         _____
Officer/ Sheriff/ Constable                                Officer Name

                                        _____
                                        County, Precinct Number

CGSUMm 032015


1 9 2 2 1 2

Exhibit 1 Page 10 of 12

FORM 14   Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/23
at 10:00 am/pm

THE STATE OF TEXAS
DIMMIT COUNTY, TEXAS

CASE NO. 202305080020

I, _Yvette A. Valamares_ (Complainant's Name) do solemnly swear that I have good reason to believe, and do believe, that _Raul Salazar_ (Defendant) has threatened to commit and is about to commit, in DIMMIT County, Texas, an assault upon me or damage to my property and to intentionally and knowingly cause bodily injury to me or to damage my property.

I, here and now agree to appear in court as a witness, for the prosecution, on the date and hour schedule when and if this case is set for a hearing. In the event I decide, at a later date, to request the court to dismiss the case, I shall personally appear at the office of the proper court and make a written request for such dismissal.

_____
Complainant's Name

SWORN TO AND SUBSCRIBED before me, this 8th day of May, 2023.


Yvette M Nesmith
My Commission Expires
8/6/2026
Notary ID 129911354

_____
Notary Public for/in State of Texas

FILED
2023 May 8 PM 3:13
SONIA GUERRERO-PEREZ
JUSTICE OF THE PEACE
PRECINCT 1
DIMMIT COUNTY, TX

ALICIA SANCHEZ
CLERK

Exhibit 1 Page 11 of 12

FORM 14   Complaint for Peace Bond
Tex. Code Tex. Code Crim Proc. Ann. Art. 7.01

Court Date: 5/30/23 at 10:00 am/pm

Plaintiff: Yvette L. Talamantes
Address: PO Box 14
City/State/Zip: Big Wells, TX 78880
Phone: [redacted]962
DL# / ID#: [redacted]452   DL#
D.O.B.: [redacted]/81

Defendant: Raul Salazar
Address: 401 N. 5th St.
City/State/Zip: Carrizo Springs, TX 78834
Phone:
Place of Employment: Carrizo Springs, Post Office
DL# / ID#:
D.O.B.: / /

**Additional Information:**

1. How did the person abuse you or offend you? Harassing, Retaliation & Intimidation at the wk place.
2. When did this happen? 5/5/23
3. Where did this happen? Private residence/public place? Public Place – Carrizo Springs Post Office
4. Did you provoke this incident? ☐ YES ☑ NO
   If YES, explain: _____
5. Is there any relationship between you and the other party? ☐ YES ☑ NO
   If YES, explain: _____

Describe in detail the reason for your request for a peace bond order?
   See attachment

Exhibit 1 Page 12 of 12